UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>*Defendants.* | Case No. 23:cv-01515-PGB-EJK<br><br><br><br><br>NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR SPECIAL ADMISSION |

### NOTICE OF WITHDRAWAL

Pursuant to the Court's August 16, 2023 Endorsed Order, plaintiff the Defense of Freedom Institute for Policy Studies ("DFI"), by its undersigned attorney, provides Notice to the Court that Magistrate Embry Kidd has found the Unopposed Motion for Special Admission for Donald A. Daugherty, Jr., which is now identified as Document 7 in the Docket, to be moot.

Per the Court's Preferences, DFI withdraws the motion in whole.

1

Dated this 16th day of August, 2023, at Titusville, Florida.

Respectfully submitted,

**DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC.**

_____
Martha A. Astor
FL Bar No.: 1039011
323 S. Washington Avenue
Suite 9
Titusville, FL 32796
Telephone: (321) 390-2707
Email: martha.astor@dfipolicy.org

Donald A. Daugherty, Jr.
(*pro hac* vice to be sought)
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20004
Telephone: (414) 559-6902
Email: don.daugherty@dfipolicy.org

*Counsel for the Defense of Freedom Institute for Policy Studies, Inc.*