UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>and<br><br>THE WHITE HOUSE OFFICE OF MANAGEMENT AND BUDGET<br><br>*Defendants*. | Case No. 6:23-cv-01515-PGB-EJK |

**PLAINTIFF'S NOTICE REGARDING CASE MANAGEMENT REPORT**

Plaintiff Defense of Freedom Institute for Policy Studies, Inc. ("DFI") provides notice to the Court that the parties will not be filing a Case Management Report ("CMR"), as set forth below.

After good faith discussions between counsel for the parties, defendants the U.S. Department of Education (the "Department") and the White House Office of Management and Budget ("OMB," and collectively with the Department, referred to herein as the "Government"), advised that they believe the filing of their Motion for Rules 16(b) Conference (the "Motion") (ECF 27) obviated the need to file a CMR: "The government's position is that it has filed a motion for Rule 16(b) scheduling

1

conference and to dispense with the case management report requirement. Plaintiff has not yet responded to this procedural motion." DFI is not aware of any Federal Rule of Civil Procedure or Local Rule for this District that supports this proposition, and believes that the CMR should be filed.

In addition, DFI opposes the Motion, and will timely file its opposition memorandum. DFI notes that the Government still has produced no documents nearly two years after DFI made its first request under the Freedom of Information Act, nor has the Government offered a proposal for doing so. Thus, DFI does not wish to postpone discovery (which will be limited, in any event) or otherwise delay proceeding to summary judgment disposition. DFI remains open to a mutually acceptable resolution of this dispute, but currently has no basis to believe such a resolution is possible.

Dated this 3rd day of November, 2023, at Titusville, Florida.

Respectfully submitted,

_____
Martha A. Astor
Fla. Bar No.: 1039011
323 S. Washington Avenue
Suite 9
Titusville, FL  32796
Telephone:  (321) 390-2707
Email: martha.astor@dfipolicy.org

*/s/ Donald. A. Daugherty, Jr.*
Donald A. Daugherty, Jr.
*Pro hac vice*

        1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC  20004
Telephone:  (414) 559-6902
Email:  don.daugherty@dfipolicy.org

*Counsel for the Defense of Freedom Institute for Policy Studies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Robert D. Sowell, Esq.

_____
Martha A. Astor
Counsel for the Defense of Freedom