**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEFENSE OF FREEDOM INSTITUTE**
**FOR POLICY STUDIES**

           **Plaintiff,**

v.                                           Case No: 6:23-cv-01515-PGB-EJK

**DEPARTMENT OF EDUCATION, ET AL.,**

           **Defendants.**

_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Defense of Freedom Institute v. Department of Education 6:23-cv-01695-RBD-EJK

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 20, 2023

                                              **DEFENSE OF FREEDOM INSTITUTE**
                                              **FOR POLICY**
                                              **STUDIES, INC.**

                                              _____
                                              Martha A. Astor

Fla Bar No.: 1039011
323 S. Washington Avenue
Suite 9
Titusville, FL  32796
Telephone:  (321) 390-2707
Email: martha.astor@dfipolicy.org

*Counsel for the Defense of Freedom Institute for Policy Studies, Inc.*